IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY LEE FRANKS**                                                                                       **PLAINTIFF**
**ADC #108225**

v.                               **CASE NO.: 5:04CV00282 BD**

**LARRY NORRIS, et al.**                                                                               **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed this date, Judgment is hereby granted to all Defendants in both their official and individual capacities.

DATED this 5th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE